1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES T. DAVIS,                          1:10-cv-01199-SMS PC

12          Plaintiff,                          ORDER DIRECTING CLERK'S OFFICE TO
                                                CLOSE THIS ACTION AS DUPLICATIVE OF
13       vs.                                    CASE NUMBER  1:10-cv-01184-GSA PC

14   CLARK J. KELSO, et al.,                    (Doc. 1)

15          Defendants.
                                      /
16

17         Plaintiff Charles T. Davis, a state prisoner proceeding pro se, filed this civil rights action

18   pursuant to 42 U.S.C. § 1983 on July 2, 2010.  A review of the Court's docket shows that Plaintiff

19   filed an identical complaint on July 1, 2010, which was assigned case number 1:10-cv-01184-GSA

20   PC.  Because the two actions are duplicative, the Clerk of the Court is HEREBY DIRECTED to

21   close this case.  The earlier filed action, case number 1:10-cv-01184-GSA PC, shall be the case that

22   remains open.

23

24   IT IS SO ORDERED.

25   Dated:    July 8, 2010                            /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28

                                               -1-