UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>              Plaintiff,<br><br>     v.<br><br>CLARK J. KELSO, et al.,<br><br>              Defendants. | CASE NO. 1:10-cv-01199-SMS PC<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 6) |

Plaintiff Charles T. Davis ("Plaintiff") is a state prisoner who proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint was screened and this action was found to be duplicative of case 1:10-cv-01184-GSA. An order was issued on July 8, 2010, closing this action and judgment was entered. Plaintiff filed a motion for preliminary injunction on October 4, 2010. (ECF No. 6.)

Federal courts are courts of limited jurisdiction and the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. The case or controversy requirement cannot be met in light of the fact that judgment was entered and the action was closed. Since this action is closed the Court shall strike the motion.

///

///

1

1  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a preliminary injunction
2 is STRICKEN from the record.
3
4 IT IS SO ORDERED.
5 **Dated:   April 29, 2011**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE